UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 21-CR-431 (EGS) |
| v. | : | |
| | : | |
| VINCENT FORREST, | : | |
| | : | |
| Defendant. | : | |

## OPPOSITION TO DEFENDANT VINCENT FORREST'S MOTION TO MODIFY CONDITIONS OF RELEASE (D.E. 22)

The United States of America files this Opposition to Defendant Vincent Forrest's Motion to Modify of the Conditions of Release. (D.E. 22).

On August 19, 2019, due to an ongoing public corruption investigation, Defendant Vincent Forrest, a police officer with the Metropolitan Police Department ("MPD"), was placed on desk duty and his firearm was confiscated. According to MPD, after that point in time, the Defendant did not have lawful authority to carry a firearm, as his police powers were revoked and he did not have a concealed carry permit.

On the evening of May 22, 2021, the Defendant and several other individuals were hanging out in the parking lot of Paradise at Parkside Apartments in Washington, D.C.  That evening, gunshots rang out from inside a nearby building where a homicide occurred. At that time, the Defendant, who appears to be drinking, is seen on surveillance footage ducking behind a car and pulling a silver firearm from his waist. The Defendant never identified himself to officers who responded to the scene.





On June 4, 2021, after the Defendant was identified in the surveillance footage, the Government accelerated an ongoing public corruption investigation and a complaint was filed charging the Defendant with Bribery, in violation of Title 18, United States Code, Section 201(b)(2)(C), and Making a False Statement, in violation of Title 18, United States Code, Section 1001(a)(2). (D.E. 1).

On June 7, 2021, Magistrate Judge Faruqui entered an order setting conditions of release including, among other things, that the Defendant "not possess a firearm, destructive device, or other weapon." (D.E. 4).

On June 24, 2021, an Indictment was returned charging the Defendant with Conspiracy, in violation of Title 18, United States Code, Section 371, Bribery, in violation of Title 18, United States Code, Section 201(b)(2)(C), and Making a False Statement, in violation of Title 18, United States Code, Section 1001(a)(2). (D.E. 7).

On October 5, 2021, Pretrial Services filed a violation report because the Defendant failed to comply with his conditions of release. (D.E. 19). Specifically, the Defendant, despite repeated warnings, failed to report to Pretrial Services during four weeks.

On October 10, 2021, the Defendant filed the instant motion requesting that the Court modify the Defendant's conditions of release to allow him to possess a firearm in order to allow him to be employed in the security field. (D.E. 22).

The Government opposes Defendant's motion. The Defendant's conduct on May 22, 2021, was dangerous and inconsistent with his duties and responsibilities as a police officer with the MPD and a responsible gun owner. The Government is not preventing the Defendant from gaining lawful employment. Indeed, the Defendant is free to seek employment in any number of professions, other than those that require him to possess a firearm. While the Defendant is being monitored by Pretrial Services, there is no reason why they should be put at additional risk because of the Defendant's desire to continue to possess a firearm. The Defendant has shown both an inability to comply with his conditions of pretrial release as well as an inability to exercise safe gun ownership.

For the reasons set forth above, the Government requests that the Court deny Defendant's motion and continue to prohibit his possession of a firearm.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar Number 415793

By:  /s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
555 4th Street, N.W., Room 5828
Washington, D.C. 20530
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2021, I served a copy of the foregoing on counsel for the defendants.

  /s/ Joshua Rothstein
Joshua S. Rothstein
Assistant United States Attorney