# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 21-cr-431 (EGS) |
| v. : | |
| : | |
| VINCENT FORREST, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by its undersigned attorney and pursuant to the Court's Order, hereby submits this Joint Status Report per the Court's Minute Order of May 11, 2022. The parties ask that the trial be set for any of the following four dates in April 2023:

- April 12, 2023

- April 17, 2023

- April 19, 2023

- April 24, 2023

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

/s/ Joshua S. Rothstein
Joshua S. Rothstein
Assistant United States Attorney
N.Y. Bar Number 4453759
601 D Street, N.W.
Washington, D.C. 20539
Office: 202-252-7164
Joshua.Rothstein@usdoj.gov