**Cobalt Database Activity – Vincent Forrest**
**(March 5, 2019 – August 17, 2019)**

| Date | Reports Accessed | Date | Reports Accessed |
|---|---|---|---|
| 3/5/2019 | 2 | 6/3/2019 | 46 |
| 4/14/2019 | 67 | 6/4/2019 | 41 |
| 4/15/2019 | 32 | 6/6/2019 | 48 |
| 4/16/2019 | 61 | 6/7/2019 | 46 |
| 4/19/2019 | 39 | 6/8/2019 | 51 |
| 4/20/2019 | 70 | 6/9/2019 | 29 |
| 4/21/2019 | 53 | 6/10/2019 | 64 |
| 4/22/2019 | 53 | 6/11/2019 | 52 |
| 4/23/2019 | 46 | 6/14/2019 | 50 |
| 4/25/2019 | 34 | 6/15/2019 | 22 |
| 4/26/2019 | 31 | 6/17/2019 | 43 |
| 4/27/2019 | 66 | 6/18/2019 | 59 |
| 4/28/2019 | 31 | 6/19/2019 | 55 |
| 4/29/2019 | 40 | 6/20/2019 | 44 |
| 4/30/2019 | 33 | 6/22/2019 | 48 |
| 5/1/2019 | 45 | 6/24/2019 | 60 |
| 5/2/2019 | 50 | 6/25/2019 | 63 |
| 5/5/2019 | 44 | 6/26/2019 | 50 |
| 5/6/2019 | 20 | 6/27/2019 | 49 |
| 5/7/2019 | 74 | 6/29/2019 | 60 |
| 5/8/2019 | 33 | 6/30/2019 | 52 |
| 5/9/2019 | 37 | 7/1/2019 | 39 |
| 5/10/2019 | 41 | 7/3/2019 | 28 |
| 5/11/2019 | 69 | 7/5/2019 | 116 |
| 5/12/2019 | 51 | 7/6/2019 | 37 |
| 5/13/2019 | 47 | 7/7/2019 | 26 |
| 5/14/2019 | 32 | 7/8/2019 | 36 |
| 5/16/2019 | 52 | 7/9/2019 | 35 |
| 5/18/2019 | 80 | 7/11/2019 | 46 |
| 5/20/2019 | 32 | 7/12/2019 | 49 |
| 5/21/2019 | 55 | 7/14/2019 | 73 |
| 5/24/2019 | 35 | 7/15/2019 | 49 |
| 5/25/2019 | 54 | 7/16/2019 | 47 |
| 5/26/2019 | 43 | 7/17/2019 | 40 |
| 5/27/2019 | 7 | 7/18/2019 | 43 |
| 5/28/2019 | 65 | 7/19/2019 | 36 |
| 5/29/2019 | 52 | 7/20/2019 | 49 |
| 5/31/2019 | 49 | 7/21/2019 | 33 |
| 6/1/2019 | 57 | 7/22/2019 | 35 |
| 6/2/2019 | 34 | 7/23/2019 | 46 |

**Cobalt Database Activity – Vincent Forrest**
**(March 5, 2019 – August 17, 2019)**

| Date | Reports Accessed |
|---|---|
| 7/24/2019 | 48 |
| 7/25/2019 | 39 |
| 7/28/2019 | 39 |
| 7/29/2019 | 42 |
| 7/30/2019 | 37 |
| 8/1/2019 | 57 |
| 8/3/2019 | 64 |
| 8/4/2019 | 25 |
| 8/5/2019 | 30 |
| 8/6/2019 | 30 |
| 8/7/2019 | 42 |
| 8/10/2019 | 33 |
| 8/11/2019 | 33 |
| 8/12/2019 | 30 |
| 8/13/2019 | 30 |
| 8/14/2019 | 33 |
| 8/16/2019 | 18 |
| 8/17/2019 | 44 |
| **Grand Total** | **4385** |